AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Nicole Simone Large
*Plaintiff(s)*
v.
Apollo Global Management Inc, et al
*Defendant(s)*

Civil Action No. CV26-08185 TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Apollo Global Management Inc et al
c/o Corporation Service Company
2710 Gateway Oaks Drive Suite 150N
Sacramento, CA 95833
See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nicole Simone Larege Pro Se
361 Turk Street Unit 418
San Francisco, CA 94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Apollo Global Management INC, ET AL
c/o Corporation Service Company (CSC)
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833 (916) 641-5100

Bridge Investment Group
c/o CT Corporation System
330 N. Brand Blvd Suite 700 (801) 716-4500
Glendale, CA 91203

Bridge Property Management
c/o CT Corporation System
330 N Brand Blvd Suite 700
Glendale, CA 91203 (801) 285-7301

Structure Properties, Inc
3727 Buchanan Street Floor 4
San Francisco, CA 94123. (415) 237-6240

Steven Hill, Property Manager
361 Turk Street
San Francisco, CA 94102 (415) 329-7846

Approach With Extreme Caution